Michael Zatopa (CSB #84219)
Laurene Bresnick (CSB #129891)
ZATOPA & STEPHENS
100 The Embarcadero Suite 200
San Francisco, California 94105
Telephone:  (415) 896-1400
Facsimile:   (415) 896-1403
E-mail:       mike@zatopastephens.com
                   laurene@zatopastephens.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| **STUDENT TG and PARENT OF STUDENT TG,** | ) )   **Case No. CV 10-3117 JW** |
| Plaintiffs, | ) ) **STIPULATION AND [PROPOSED] ORDER FOR SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE SPERO** |
| v. | ) |
| **FREMONT UNION HIGH SCHOOL DISTRICT and SANTA CLARA COUNTY MENTAL HEALTH,** | ) ) ) ) |
| Defendants. | ) |

     Plaintiffs Student TG and Parent of Student of TG and Defendant Fremont Union High School District, through their respective counsel, hereby agree and stipulate to participate in a settlement conference with Magistrate Judge Joseph Spero, on February 10, 2011, at 9:30 am in

---

1

STIPULATION AND [PROPOSED] ORDER FOR SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE SPERO

the U.S. District Court, located at 450 Golden Gate Avenue, San Francisco, California, in Courtroom A, 15th Floor, with confidential settlement conference statements, due to Judge Spero, on or before January 27, 2011.  Plaintiffs and Defendant Santa Clara County Mental Health have reached a settlement in this action that is currently being finalized.  Defendant Santa Clara County Mental Health will therefore not participate in the above-referenced settlement conference.

DATED: January 13, 2011                ZATOPA & STEPHENS


By:  /s/ Laurene Bresnick
     Laurene Bresnick
     Attorneys for Plaintiffs STUDENT TG and
     PARENT OF STUDENT TG

DATED: January 13, 2011                COUNTY OF SANTA CLARA
                                         OFFICE OF THE COUNTY COUNSEL


By:  /s/ Michael A. Wahlander
     Michael A. Wahlander
     Attorneys for Defendant COUNTY OF SANTA
     CLARA, HEALTH AND HOSPITAL SYSTEM,
     DEPARTMENT OF MENTAL HEALTH

DATED: January 13, 2011                FAGEN FRIEDMAN & FULFROST, LLP


By:  /s/ Kimberly A. Smith
     Kimberly A. Smith
     Attorneys for Defendant FREMONT UNION
     HIGH SCHOOL DISTRICT




IT IS SO ORDERED that Plaintiffs Student TG and Parent of Student of TG and Defendant Fremont Union High School District shall participate in a settlement conference with

Magistrate Judge Joseph Spero, on February 10, 2011, at 9:30 am in the U.S. District Court, with confidential settlement conference statements, due to Judge Spero, on or before January 27, 2011.

Dated: January 14, 2011                              _____
                                                    JAMES WARE
                                                    United States District Chief Judge

    I, Laurene Bresnick, am the ECF User whose ID and password are being used to file this STIPULATION AND PROPOSED ORDER FOR SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE SPERO.  In compliance with General Order 45, X.B., I hereby attest that attorneys Kimberly A. Smith and Michael A. Wahlander have concurred in this filing.

DATED: January 13, 2011            ZATOPA & STEPHENS

                                      /s/ Laurene Bresnick
                                     Laurene Bresnick
                                     Attorneys for Plaintiffs STUDENT TG and
                                     PARENT OF STUDENT TG

STIPULATION AND [PROPOSED] ORDER FOR SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE SPERO

CV 10-3117 JW