Michael Zatopa (CSB #84219)
Laurene Bresnick (CSB #129891)
ZATOPA & STEPHENS
100 The Embarcadero Suite 200
San Francisco, California 94105
Telephone:  (415) 896-1400
Facsimile:  (415) 896-1403
E-mail:     mike@zatopastephens.com
            laurene@zatopastephens.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STUDENT TG and PARENT OF STUDENT TG, <br><br> Plaintiffs, <br><br> v. <br><br> FREMONT UNION HIGH SCHOOL DISTRICT and SANTA CLARA COUNTY MENTAL HEALTH, <br><br> Defendants. | Case No. CV 10-3117 JW <br><br> STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED by and between plaintiffs, STUDENT TG and PARENT OF STUDENT TG, and defendants COUNTY OF SANTA CLARA, HEALTH AND HOSPITAL SYSTEM, DEPARTMENT OF MENTAL HEALTH, sued as SANTA CLARA COUNTY MENTAL HEALTH, and FREMONT UNION HIGH SCHOOL DISTRICT, through

---

1

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

CV 10-3117 JW

their undersigned counsel, that the entire action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

IT IS FURTHER STIPULATED that the Court shall direct the clerk to enter dismissal of the entire action with prejudice.

IT IS FURTHER STIPULATED that all parties will bear their own costs and attorneys' fees.

I hereby attest that I have on file the holograph signatures for the signatures indicated by "conformed" signatures (/S/) within this e-filed document.

Dated: 3/3/11

*Laurene Bresnick*
LAURENE BRESNICK
Attorney for Plaintiffs

Dated:

_____
MICHAEL A. WAHLANDER
Deputy County Counsel
Attorney for Defendant County of Santa Clara, Health and Hospital System, Department of Mental Health, sued as, Santa Clara County Mental Health

Dated:

_____
KIMBERLY A. SMITH
Attorney for Defendant Fremont Union High School District

1  their undersigned counsel, that the entire action be dismissed with prejudice pursuant to Federal
2  Rule of Civil Procedure 41(a).
3      IT IS FURTHER STIPULATED that the Court shall direct the clerk to enter dismissal of
4  the entire action with prejudice.
5      IT IS FURTHER STIPULATED that all parties will bear their own costs and attorneys'
6  fees.
7      I hereby attest that I have on file the holograph signatures for the signatures indicated by
8  "conformed" signatures (/S/) within this e-filed document.

10  Dated:
11                              LAURENE BRESNICK
                               Attorney for Plaintiffs

13  Dated: 3/2/11
                            MICHAEL A. WAHLANDER
                            Deputy County Counsel
                            Attorney for Defendant County of Santa Clara,
                            Health and Hospital System, Department of Mental
                            Health, sued as, Santa Clara County Mental Health

18  Dated:
                            KIMBERLY A. SMITH
                            Attorney for Defendant Fremont Union High
                            School District

1 | their undersigned counsel, that the entire action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

IT IS FURTHER STIPULATED that the Court shall direct the clerk to enter dismissal of the entire action with prejudice.

IT IS FURTHER STIPULATED that all parties will bear their own costs and attorneys' fees.

I hereby attest that I have on file the holograph signatures for the signatures indicated by "conformed" signatures (/S/) within this e-filed document.

Dated: _____

LAURENE BRESNICK
Attorney for Plaintiffs

Dated: _____

MICHAEL A. WAHLANDER
Deputy County Counsel
Attorney for Defendant County of Santa Clara, Health and Hospital System, Department of Mental Health, sued as, Santa Clara County Mental Health

Dated: 2 March, 2011

KIMBERLY A. SMITH
Attorney for Defendant Fremont Union High School District

2

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

CV 10-3117 JW

## ORDER

THE PARTIES HAVING STIPULATED THERETO, IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The entire action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a).
2. The clerk shall enter a dismissal of the entire action with prejudice as to all plaintiffs and defendants County of Santa Clara, Health and Hospital System, Department of Mental Health, sued as Santa Clara County Mental Health, and Fremont Union High School District.
3. All parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

The Clerk shall close this file.

Dated:  March 9, 2011

_____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

---

3

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

CV 10-3117 JW